UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 19-3194 (CKK) |

**JOINT STATUS REPORT**

Plaintiff Buzzfeed Inc. ("Plaintiff" or "Buzzfeed") and Defendant, the United States Department of Justice ("Defendant" or "DOJ" and, together with Buzzfeed, "Parties") by and through its undersigned counsel, respectfully submit this joint status report in accordance with the Court's minute order dated February 11, 2020.

1. On October 24, 2019, Plaintiff filed a complaint alleging that Defendants violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by not releasing requested records regarding *United States v. Khanani*, Crim. No. 15-20468 (S.D. Fla.). ECF 1 ¶¶ 1, 23-26. Specifically, Plaintiff's FOIA request sought the following categories of records:

   a. A copy of the following case file: U.S. v. Khanani, 15-cr-20468-MGC, U.S. District Court, Southern District of Florida (SDFL) (Miami);

   b. Any and all communications, including but not limited to emails, letters, memoranda (in draft and final form), that former United States Attorneys for the Southern District of Florida Benjamin G. Greenberg and Wifredo A. Ferrer sent, received, signed, or wrote, relating or referring to the case; and

1

        c.    Any and all communications, including but not limited to emails, letters, memoranda (in draft and final form), SDFL Assistant United States Attorneys Bruce Brown, Paul Schwartz and Richard O.I. Brown sent, received, signed, wrote, relating or referring to the Khanani case.

*Id.* Ex. A (ECF No. 1-1).

2. On January 7, 2020, Defendant Answered Plaintiff's Complaint. ECF No. 11.

3. On February 7, 2020, the Parties filed a Joint Status Report representing that:

    a. As to the first category of documents requested by Plaintiff (the casefile). Defendant's position remains that the file is categorically exempt from disclosure pursuant to FOIA Exemptions 6 and 7(C).

    b. As to the second and third categories of documents requested by Plaintiff (communications), Defendant's position is that it will conduct a reasonable search for potentially responsive documents and review those documents for responsiveness and applicable exemptions.

    c. The Parties agreed that Defendant would report the number of potentially responsive documents to Plaintiff within forty-five (45) days and, at that time, would meet and confer with Plaintiff regarding a prospective production schedule.

4. On February 11, 2020, the Court entered a Minute Order adopting the Parties' proposal that they submit a further joint status report in 60 days from the date of the report (or by no later than April 7, 2020) and further ordering that, unless the Court orders otherwise, the parties shall file a joint status report with the Court every 60 days thereafter.

5.      On March 23, 2020, Defendant reported initial hit counts to Plaintiff and explained that searches of the non-email records of former United States Attorneys Frerrer and Greenberg were still ongoing but that, because of resource limitations caused by the coronavirus pandemic, Defendant could not currently estimate when those searches would be complete.

6.      On April 7, 2020, the Parties submitted a joint status report in which Defendants stated, among other things, that given the ongoing resource limitations related to public health measures in place to address the coronavirus pandemic, Defendant could not estimate when all searches will be complete. ECF No. 13. However, Defendant stated that it expected to be able to begin processing the records already identified within 30 days of the filing of this report. *Id.*

7.      As of the filing of this report, the undersigned Assistant United States Attorney ("AUSA") understands from the agency that all of the searches are now complete and that Defendant has nearly completed the processing of the records. The undersigned AUSA understands further that Defendant needs to contact various federal agencies who have interests in the records. Defendant will make its best efforts to submit a response regarding these records on July 15, 2020. However, given the ongoing resource limitations related to public health measures currently in place to address the coronavirus pandemic, Defendant cannot ascertain the status of working operations for other agencies at this time, which may impact the response date.

8.      The parties will update the Court in 60 days.

Respectfully submitted,

| | |
|---|---|
| /s/  *Matthew Topic* | TIMOTHY J. SHEA |
| | D.C. Bar No. 437437 |
| Matthew Topic, IL0037 | United States Attorney |
| Joshua Burday, IL0042 | |
| Merrick Wayne, IL 0058 | DANIEL F. VAN HORN |
| LOEVY & LOEVY | D.C. Bar No. 924092 |
| 311 North Aberdeen, 3rd Floor | Chief, Civil Division |
| Chicago, IL 60607 | |
| 312-243-5900 | By:  /s/ *Sian Jones* |
| foia@loevy.com | SIAN JONES |
| | D.C. Bar No 1024062 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| | Telephone: 202 252 2578 |
| | Sian.jones@usdoj.gov |
| | |
| | *Counsel for Defendants* |

Dated: June 8, 2020